STATE OF CONNECTICUT *v.* VICTOR RICCITELLI

STATE OF CONNECTICUT *v.* JAMES TERRELL

STATE OF CONNECTICUT *v.* DAVID GREEN

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is granted as to the conviction under General Statutes § 53-76 only; the petition in all other respects is denied.

*Edward G. Burstein,* in support of the petition.

*Howard J. Moraghan,* prosecuting attorney, in opposition.

Submitted May 4—decided May 31, 1967

MARIE A. UNDERHILL *v.* JAMES BENNETT

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Paul V. McNamara,* in support of the petition.

*Harry Cohen,* in opposition.